MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX:         (415) 436-7169
E-mail:      melanie.proctor@usdoj.gov

Attorneys for Respondents[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VICTOR MANUAL ROSALES, | ) | No. C 11-4246 LHK |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | STIPULATION TO BRIEFING SCHEDULE AND PROPOSED ORDER |
| TIMOTHY AITKEN, Director of San Francisco Office of Detention and Removal, United States Immigration and Customs Enforcement; et al., | ) | |
| Respondents | ) | |

The Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule, in light of the following:

1.      On August 7, 2003, Petitioner was ordered removed from the United States. Petitioner is currently not in custody, but is on the Intensive Supervision Appearance Program ("ISAP").

2.      On August 26, 2011, Petitioner and his wife filed a motion to reopen with the Board of Immigration Appeals ("BIA"). They also moved for a stay of removal.

3.      On August 29, 20011, Petitioner filed the instant Petition for a Writ of Habeas Corpus,

---

[1] Respondents reserve the right to raise all available defenses in their responsive pleading.

STIPULATION TO BRIEFING SCHEDULE
No. C 11-4246 LHK                                          1

and an emergency motion for a temporary restraining order ("TRO"), with this Court.

4. The parties stipulate that Petitioner will not be removed from the United States for thirty days. The parties further agree to the following briefing schedule for both the TRO motion and the habeas petition because the issues are identical:

Last day for Respondents to file Return and Opposition to TRO:   September 7, 2011

Last day for Petitioner to file Traverse and Reply to Opposition:   September 14, 2011

To avoid the need for an emergency motion, the parties respectfully request that the Court inform them if it will be unable to reach a decision before September 28, 2011, the date when the stipulated stay will expire.

Date: August 29, 2011        Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MELANIE L. PROCTOR[2]
Assistant United States Attorney
Attorneys for Respondents

Dated: August 29, 2011        /s/
ZACHARY NIGHTINGALE
Attorney for Petitioner

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

LUCY H. KOH
United States District Judge

---

[2] I, Melanie L. Proctor, hereby attest that I gained the concurrence in the filing of this document of all parties whose signatures are indicated by a "conformed" signature (/s/).

STIPULATION TO BRIEFING SCHEDULE
No. C 11-4246 LHK                2